SEALED

FILED
ASHEVILLE, N.C.
JAN 04 2019
U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:19-mj-2 |
| | ) | |
| v. | ) | **ORDER TO SEAL THE** |
| | ) | **CRIMINAL COMPLAINT** |
| NOEL MALDONADO CRUZ | ) | |
| | ) | UNDER SEAL |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the criminal complaint and any associated warrant, writ, process or other order issued pursuant thereto be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the above-captioned case be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 4th day of January 2019.

THE HON. W. CARLETON METCALF
~~THE HON. DENNIS L. HOWELL~~
UNITED STATES MAGISTRATE JUDGE