FILED
ASHEVILLE, NC

FEB 0 5 2019

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:19CR 10 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| (1)   NOEL MALDONADO CRUZ | ) | |
| (2)   JORGE NAVARRETE | ) | |
| (3)   JOSE ENCISO ESPINO | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrants and the Motion to Seal the Bill of Indictment be sealed until the defendants have been arrested.

This the 5th day of February, 2019.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE