# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:19-CR-00010-MR-WCM-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| (1) NOEL MALDONADO CRUZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte*.

To this date, the Defendant remains a fugitive with no recent activity taking place in the case. Accordingly, the Court finds that this case should be administratively closed as to the above-captioned Defendant.

**IT IS, THEREFORE, ORDERED** that this case is hereby administratively closed pending the apprehension or appearance of the above-captioned Defendant.

**IT IS SO ORDERED.**

Signed: March 12, 2020

Martin Reidinger
United States District Judge